UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS LEBRON LEON,

                Plaintiff,

- against -

ZYDUS PHARMACEUTICALS INC.,

                Defendants.

22-cv-7636 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by September 30, 2022.

SO ORDERED.
Dated:    New York, New York
           September 16, 2022

                                      John G. Koeltl
                            United States District Judge