UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THOMAS LEBRON LEON                              :

            Plaintiff,                       :       <u>ORDER</u>

   -v.-                                                         :
                                                       22 Civ. 7636 (JGK) (GWG)
ZYDUS PHARMACEUTICALS INC.,           :

           Defendant.                     :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      Discovery having concluded and no party having a filed a letter to Judge Koeltl seeking permission to make a summary judgment motion by the deadline contained in Docket # 22, the joint pre-trial order materials required by Judge Koeltl's Individual Practices (including any motions in limine or motions to bifurcate) shall be filed by February 28, 2025.

      SO ORDERED.

Dated: November 18, 2024
       New York, New York

                                                          GABRIEL W. GORENSTEIN
                                                      United States Magistrate Judge