UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
THOMAS LEBRON LEON                              :

        Plaintiff,                  :     <u>ORDER</u>

  -v.-                                              :
                                                       22 Civ. 7636 (JGK)(GWG)
ZYDUS PHARMACEUTICALS INC.,              :

        Defendant.                 :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

    Because the letter requesting permission to file a summary judgment motion was timely filed, the Court's Order of November 18, 2024 (Docket # 24) is hereby vacated.

    SO ORDERED.

Dated: November 19, 2024
       New York, New York

                                                  _____
                                                  GABRIEL W. GORENSTEIN
                                                  United States Magistrate Judge