```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

THOMAS LEBRON LEON,

              Plaintiff,

    - against -

ZYDUS PHARMACEUTICALS INC.,

              Defendant.

22-cv-7636 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, by phone, for a conference on **Tuesday, November 26, 2024**, at **3:30 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
           November 19, 2024

                                                John G. Koeltl
                                   United States District Judge