UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS LEBRON LEON,

                    Plaintiff,              22-cv-7636 (JGK)

         - against -                        ORDER

ZYDUS PHARMACEUTICALS INC.,

                    Defendant.

JOHN G. KOELTL, District Judge:

    The Court scheduled a pre-motion conference for December 11, 2025, at 12:30 p.m. on the defendant's anticipated motion for summary judgment. The plaintiff failed to appear.

    The parties are requested to schedule a settlement conference with Magistrate Judge Gorenstein. If the settlement conference is not productive, the defendant may promptly make a motion for summary judgment.

    The parties are directed to provide a status report within seven days of the settlement conference, or, alternatively, to inform the Court that no settlement conference will occur.

    All deadlines for pre-trial filings are stayed pending the settlement conference and, if necessary, the defendant's motion for summary judgment.

SO ORDERED.

Dated:    New York, New York
          December 11, 2025

                                        _____
                                            John G. Koeltl
                                    United States District Judge