UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

THOMAS LEBRON LEON,                                :

              Plaintiff,                       :       ORDER

   -v.-

                               :       22 Civ. 7636 (JGK) (GWG)

ZYDUS PHARMACEUTICALS INC.,              :

              Defendant.                       :

---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      Having consulted with the parties, the Court will not reschedule the settlement conference unless the parties so request following disposition of the planned summary judgment motion.

      The parties should write to Judge Koeltl as provided in Docket # 42.   Mr. Decolator remains obligated to respond to the Order to Show Cause (Docket # 44).

      SO ORDERED.

Dated: New York, New York
       January 7, 2026

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge