**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
 THOMAS LEBRON LEON,

                        Plaintiff,

         -against-                                 22 **CIVIL** 7636 (JGK)

                                                  **JUDGMENT**

ZYDUS PHARMACEUTICALS INC.,

                        Defendant.
----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated June 17, 2026, the Court has considered all of the parties' arguments. To the extent not specifically addressed, those arguments are either moot or without merit. The defendant's motion for summary judgment is granted. Judgment is entered dismissing the Amended Complaint; accordingly, the case is closed.

**Dated:** New York, New York

        June 18, 2026

                                            **TAMMI M. HELLWIG**
                                      _____
                                            **Clerk of Court**

                **BY:**          K. mango

                                            _____
                                            **Deputy Clerk**